UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------X
MARGARITA GONZALEZ,

          Plaintiff,

-against-

STOP & SHOP, STORE "500",

          Defendants.
------------------------------------------------------------X

STATEMENT
PURSUANT
TO RULE 7.1

JURY TRIAL DEMANDED

ECF CASE

Pursuant to Rule 7.1 of the Local Rules of the United States District Court, Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, **THE STOP & SHOP SUPERMARKET COMPANY, LLC i/s/h/a STOP & SHOP, STORE "500"** a private non-governmental party, certifies that the following are parent corporations or are publicly held corporations that own ten percent of its stock:

    **AHOLD U.S.A., INC.**

Dated: Albertson, New York
       February 28, 2008

                    BY: _____
                             PAUL ESCHMANN, ESQ.
                             AHMUTY, DEMERS & McMANUS, ESQS.
                             Attorneys for Defendant,
                             **THE STOP & SHOP SUPERMARKET COMPANY, LLC i/s/h/a STOP & SHOP, STORE "500"**
                             200 I.U. Willets Road
                             Albertson, New York 11507
                             (516) 294-5433
                             **Our File No. : SAS0201N8PAE**

TO:   Robert Fassberg
      Crowe & Fassberg, P.C.
      Attorney for Plaintiff
      MARGARITA GONZALEZ
      3000 Marcus Avenue, Ste. 1E5
      Lake Success, N.Y.  11042
      (516) 570-4012

DOCKET NO. :

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=============================================

MARGARITA GONZALEZ,

                        Plaintiff,

-against-

STOP & SHOP, STORE "500"

                        Defendants.
=============================================
STATEMENT PURSUANT TO RULE 7.1
=============================================

AHMUTY, DEMERS & McMANUS, ESQS.
Attorneys for Defendant,
THE STOP & SHOP SUPERMARKET COMPANY, LLC i/s/h/a
STOP & SHOP, STORE "500"
200 I.U. Willets Road
Albertson, New York 11507
Tel #: 516-294-5433
Our File No. : SAS0201N8PAE

=============================================

To:  [See Affidavit of Service]

Attorneys for:
=============================================

Service of a copy is hereby admitted

Dated: Albertson, New York
       February 28, 2008