## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    : SS.:
COUNTY OF NEW YORK)

    I, **WALEZCA GUZMAN**, being sworn, say that I am not a party to this action, am over 18 years of age, and reside in Ozone Park, New York.

    On **March 5, 2008**, I served the within **VERIFIED ANSWER, DEMAND FOR INTERROGATORIES, NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION, NOTICE FOR DISCOVERY AND INSPECTION, NOTICE RE: MEDICALS, DEMAND FOR COLLATERAL SOURCE INFORMATION, DEMAND FOR EXPERT WITNESS INFORMATION, DEMAND FOR INSURANCE INFORMATION, DEMAND FOR ATTORNEY IDENTIFICATION, DEMAND FOR AMOUNT OF AD DAMNUM CLAUSE, NOTICE DECLINING SERVICE VIA ELECTRONIC MEANS AND JURY DEMAND** upon:

TO:   Robert Fassberg
      Crowe & Fassberg, P.C.
      Attorney for Plaintiff
      MARGARITA GONZALEZ
      3000 Marcus Avenue, Ste. 1E5
      Lake Success, N.Y.  11042
      (516) 570-4012

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address as set forth after each name:

                                                         _____
                                                         WALEZCA GUZMAN

Sworn to Before Me This
5th day of March, 2008

_____
NOTARY PUBLIC

SOPHIE M. QUINONES
Commissioner of Deeds
City of New York No. 3-6795
Certificate filed in Bronx County
Commission Expires On: _____