### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK  )
                              : SS.:
COUNTY OF NEW YORK )

I, **WALEZCA GUZMAN**, being sworn, say that I am not a party to this action, am over 18 years of age, and reside in Ozone Park, New York.

On **February 28, 2008**, I served the within **PETITION FOR REMOVAL and STATEMENT PURSUANT TO RULE 7.1** upon:

TO:  Robert Fassberg
     Crowe & Fassberg, P.C.
     Attorney for Plaintiff
     MARGARITA GONZALEZ
     3000 Marcus Avenue, Ste. 1E5
     Lake Success, N.Y.  11042
     (516) 570-4012

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address as set forth after each name:

_____
WALEZCA GUZMAN

Sworn to Before Me This
28th day of February, 2008

_____
NOTARY PUBLIC

SOPHIE M. QUINONES
Commissioner of Deeds
City of New York No. 3-6795
Certificate filed in Bronx County
Commission Expires On: