## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK  )
                   : SS.:
COUNTY OF NEW YORK )

  I, **WALEZCA GUZMAN**, being sworn, say that I am not a party to this action, am over 18 years of age, and reside in Ozone Park, New York.

  On **April 10, 2008**, I served the within **FEDERAL RULES OF CIVIL PROCEDURE RULE 26 DISCLOSURE** upon:

TO: Robert Fassberg
   Crowe & Fassberg, P.C.
   Attorney for Plaintiff
   MARGARITA GONZALEZ
   3000 Marcus Avenue, Ste. 1E5
   Lake Success, N.Y.  11042
   (516) 570-4012

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address as set forth after each name:

               _____
                WALEZCA GUZMAN

Sworn to Before Me This
10th day of April, 2008

_____
NOTARY PUBLIC

SOPHIE M. QUINONES
Commissioner of Deeds
City of New York No. 3-6795
Certificate filed in Bronx County
Commission Expires On: ____