USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - :

*Gonzalez*
              Plaintiff(s)        :

- against -                       :

*Stop & Shop*
              Defendant(s)        :

- - - - - - - - - - - - - - - - - - :

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

08 civ. 1989 (TZ/2 GWG)

IT IS HEREBY STIPULATED by the undersigned:

　　　1.    All parties consent, pursuant to 28 U.S.C. § 636(c) and
Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct
all further proceedings in this action, including any trial and
entry of final judgment.

　　　2.    Any appeal from a judgment entered in this case will lie
to the Court of Appeals for the Second Circuit as from any other
judgment of the district court pursuant to 29 U.S.C. § 636(c)(1)
and Fed. R. Civ. P. 73(c).

                                         *CDONIS FASSBERG, P.C.*

*Robert Fassberg -*                  *Ahmuty Demers LManus by Paul Esch*
Attorney(s) for Plaintiff(s)         Attorney(s) for Defendant(s)
Address *3000 MARCUS Ave, Ste 1E5*   Address *123 William St NY NY*
Telephone  *LAKE Success, NY, 11042*  Telephone  *Apt 16P1  10280*
*516-573-4012*                        *646 536 5742*

Attorney(s) for _____          Attorney(s) for _____
Address                              Address
Telephone                            Telephone

(Separately executed forms may be submitted.  See Fed. R. Civ. P.
73(b)).

SO ORDERED.

*4/15/08*                 _____
                                     U.S.D.J.

Magistrate Judge _____ was assigned this case on _____
19____

                    _____
                    For: Clerk U.S.D.C. S.D.N.Y.