UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARITA GONZALEZ,                          :

                                                               :       ORDER
                Plaintiff,          08 Civ.1989 (GWG)
                                                              :

            -v.-                                   :

STOP & SHOP,                                 :
                Defendant.          :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     1. The above-referenced action has been assigned to this Court pursuant to 28 U.S.C. § 636(c).

     2. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline previously ordered for all discovery. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: http://www1.nysd.uscourts.gov/judges.php

     Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

     3. Any application for an extension of the time limitations with respect to any deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order. "Good cause" as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

     4. The parties are expected to make affirmative attempts to settle this matter and to do so if necessary with the assistance of outside mediation. Such mediation may be conducted by a trained mediator participating in the Southern District of New York's mediation program. A request to participate in the District's mediation program should be made by letter.

     5. If a recipient of this Order is aware of any attorneys or parties who should receive notice of Court action in this case other than the attorneys or parties listed below, please notify Deputy Clerk Sylvia Gonzalez at (212) 805-4260 immediately.

     SO ORDERED.

Dated: April 17, 2008
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge